An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM J.AMES WILKINS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63610

**FILED**

OCT 16 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from orders regarding restitution payments issued after restitution review hearings. Ninth Judicial District Court, Douglas County; Michael P. Gibbons, Judge.

Because no statute or court rule permits an appeal from orders regarding restitution payments, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Michael P. Gibbons, District Judge
William James Wilkins
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk

Supreme Court
of
Nevada

(O) 1947A

13·30992